# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2328

_____

| | | |
|---|---|---|
| Ronnie Furman, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Simmons Foods, Inc., | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  September 28, 1998

Filed:  November 2, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Ronnie Furman appeals the district court's[1] grant of summary judgment to defendant Simmons Foods, Inc. in Furman's action brought under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213.  Having reviewed the record and the parties' submissions on appeal, we conclude that summary judgment was warranted because Furman failed to show that he has a disability within the meaning of the Act. See 42 U.S.C. § 12102(2) (to establish disability, plaintiff must show he suffers, has

_____

[1]The Honorable Jimm L. Hendren, Chief Judge, United States District Judge for the Western District of Arkansas.

a record of suffering, or is perceived as suffering, from "a physical or mental impairment that substantially limits one or more of [his] major life activities"); Webb v. Mercy Hosp., 102 F.3d 958, 959-60 (8th Cir. 1996) (setting forth elements of prima facie ADA discrimination case).

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.